### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MAURICIO BRAVO MALDONADO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOP TRANSPORTATION OFFICERS, )<br>et al., )<br>)<br>Defendants. ) | Case No. CIV-24-1316-SLP |

### O R D E R

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Suzanne Mitchell [Doc. No. 6]. The Magistrate Judge recommends that the Court dismiss this action without prejudice due to: (1) Plaintiff's failure to exhaust his claim under the Federal Tort Claims Act; and (2) Plaintiff's failure to state a claim upon which relief may be granted with respect to his civil rights claim. *Id.* The Magistrate Judge advised Plaintiff of his right to object to the R&R and directed that any objections be filed on or before March 5, 2025. *Id.* at 3. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 6] is ADOPTED in its entirety and this action is DISMISSED without prejudice. A separate judgment of dismissal shall be entered contemporaneously with this Order.

IT IS SO ORDERED this 19th day of March, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE